**FILED**
MAY 9 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: )
)
) 2:12 - SW 0217 CKD
)
INFORMATION ASSOCIATED WITH THE )
EMAIL ADDRESS: KIRIT8@AOL.COM ) ORDER RE: REQUEST TO SEAL
THAT IS STORED AT PREMISES ) DOCUMENTS
CONTROLLED BY AOL, INC )
) UNDER SEAL
)
) **SEALED**
)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be provided to AOL.

Date: May 9, 2012

_____
CAROLYN K. DELANEY
United States Magistrate Judge

3