1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



**FILED**

OCT 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO.: 2:12-SW-217-CKD |
| INFORMATION ASSOCIATED WITH THE EMAIL ADDRESS: KIRIT8@AOL.COM THAT IS STORED AT PREMISES CONTROLLED BY AOL, INC | REQUEST TO UNSEAL SEARCH WARRANT DOCUMENTS |

The United States, by undersigned counsel, petitions the Court and respectfully represents:

1. On May 9, 2012, this Court issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. The subject of the investigation has been indicted.

3. It is in the interests of the public and the administration of justice to unseal the application and affidavit in this case, and there exists no further law enforcement need for the case to remain under seal.

THEREFORE, your petitioner prays that the documents in the

1

application and affidavit be unsealed and made part of the public record.

DATED: October 25, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/
MATTHEW G. MORRIS
Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:12-SW-00217 CKD be unsealed and made part of the public record.

Dated: 10/25/12

/s/ Dale A. Drozd

THE HONORABLE DALE A. DROZD
United States Magistrate Judge

2